AO 442 (Rev. 11/11) Arrest Warrant                                                        FIO: 11382049

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Virginia

| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 3:22cr009 |
| | ) |
| | ) |
| Kiesha Lashawn Pope | ) |
| *Defendant* | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    KIESHA LASHAWN POPE                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☐ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:
SEE ATTACHED INDICTMENT

Date:     02/01/2022                                        _____
                                                            *Issuing officer's signature*

City and state:    Richmond, Virginia                       J. Powell, Deputy Clerk
                                                            *Printed name and title*

---

### Return

This warrant was received on *(date)* 2/1/2022, and the person was arrested on *(date)* 2/2/2022
at *(city and state)* Richmond, Virginia.

Date: 2/2/2022                                              _____
                                                            *Arresting officer's signature*

                                                            Jean Lees Wyant, Special Agent
                                                            *Printed name and title*